UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERT ANTHONY ARNOLD,

               Petitioner,

     v.

ADELANTO ICE PROCESSING
CENTER WARDEN, ET AL.,

               Respondents.

Case No. 5:26-cv-00383-SVW-ACCV

**JUDGMENT**

Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated:  April 16, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

1